**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SPECS

No. C 10-04250 JW (DMR)

**ORDER SETTING JOINT LETTER DEADLINE**

_____/

    Pursuant to the court's Notice of Reference and Order re Discovery Procedures, any joint discovery letter addressing the disputes raised by Plaintiffs' earlier-filed discovery motions (doc. nos. 53, 54) shall be filed no later than April 13, 2012.

    IT IS SO ORDERED.

Dated: April 3, 2012

DONNA M. RYU
United States Magistrate Judge