IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SPECS | NO. C 10-04250 JW |
| | **ORDER CONTINUING PRETRIAL CONFERENCE** |

     This case is scheduled for a Preliminary Pretrial Conference on April 23, 2012. Upon review of the case, and in order to control its own docket, the Court finds good cause to CONTINUE the April 23 Conference to **May 7, 2012 at 11 a.m.** On or before **April 27, 2012**, the parties shall file a Joint Pretrial Conference Statement pursuant to the Scheduling Order in this case.[1]

Dated: April 9, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 43.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brendan F. Macaulay bmacaulay@nossaman.com
Garth Aaron Rosengren grosengren@kksrr.com
James Harold Vorhis jvorhis@nossaman.com
Kenneth E. Keller kkeller@kksrr.com
Michael David Lisi mlisi@kksrr.com

**Dated: April 9, 2012**  **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
          **Susan Imbriani**
          **Courtroom Deputy**

**United States District Court**
For the Northern District of California