KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
GARTH A. ROSENGREN SBN 215732) grosengren@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiffs
SPECS SURFACE NANO ANALYSIS GmbH
and SPECS SURFACE NANO ANALYSIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SPECS | Case No. CV 10-4250 JW<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR SUBMISSION OF JOINT LETTER BRIEF RE DISCOVERY ISSUES**<br><br>Judge: Hon. Donna N. Ryu<br>Courtroom: 4, 3rd Floor (Oakland)<br>Complaint Filed: August 19, 2010 |

WHEREAS on April 2, 2012, SPECS Surface Nano Analysis GmbH ("SPECS GmbH") and SPECS Surface Nano Analysis, Inc. ("SPECS Nano") filed (1) a Motion for Protective Order and (2) a Motion to Compel Attendance of Defendants at Depositions, along with a Motion to Shorten Time, and noticed those motions for hearing before the Honorable James Ware;

WHEREAS on April 3, 2012, Judge Ware denied the motion to shorten time, and referred the discovery motions to this Court (Docket Nos. 56, 57);

WHEREAS that same day, this Court issued an order requiring that the parties comply

1

1   with the Court's standing order regarding the submission of a joint letter addressing discovery
2   disputes, and further ordered that any such letter relating to the previously filed motions should
3   be filed no later than Friday, April 13, 2012 (Docket No. 58);
4       WHEREAS, because of conflicts with other matters, including out-of-state travel and
5   pretrial filing deadlines in a matter before the Honorable Claudia Wilken, counsel for SPECS
6   GmbH and SPECS Nano met and conferred with counsel for Rickmer Kose and SPECS USA
7   Corp., and the parties agreed to extend the deadline for submission of the joint letter until
8   Wednesday, April 18, 2012, subject to approval of this Court;
9       WHEREAS, on April 10, 2012, the parties submitted a Stipulation and Proposed Order
10  seeking an extension of the deadline for the joint letter brief until April 18th (e-docket no. 60);
11      WHEREAS, on April 11, 2012, the Court granted that request and entered an order
12  setting the deadline for submission of the joint letter brief for April 18, 2012;
13      WHEREAS, the following day, on April 12, 2012, counsel for SPECS GMB and
14  SPECS Inc., Michael Lisi, learned that his father-in-law had passed away, and the services now
15  are scheduled such that Mr. Lisi will be out of town on April 17 and April 18;
16      WHEREAS, on April 13, 2012, upon learning of this issue, counsel for SPECS USA
17  and Kose graciously offered to extend the filing deadline to accommodate Mr. Lisi's family
18  issues; and
19      THEREFORE, the parties have now met and conferred and hereby stipulate, subject to
20  the approval of this Court, that the deadline for submission of the parties' joint letter brief shall
21  be continued to Friday, April 20, 2012; and that SPECS GmbH and SPECS Inc. will provide
22  their portions of the letter brief by the close of business on April 16, 2012, while SPECS USA
23  and Kose shall provide their portions of the letter brief by no later than 11 AM on Thursday,
24  April 19, 2012.
25  / / /
26  / / /
27  / / /
28

2

SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR
SUBMISSION OF JOINT LETTER BRIEF RE DISCOVERY ISSUES
Case No. CV 10-4250 JW

| | | |
|---|---|---|
| 1 | Dated: April 16, 2012 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |

By: ____/s/ Michael D. Lisi_____
MICHAEL D. LISI
Attorneys for Plaintiffs and Counterdefendants
SPECS SURFACE NANO ANALYSIS GMBH
AND SPECS SURFACE NANO ANALYSIS, INC

Dated: April 16, 2012        NOSSAMAN LLP

By: ____/s/ Chi Soo Kim_____
CHI SOO KIM
Attorneys for Defendants and Counter-claimaints
SPECS USA CORP. AND RICKMER KOSE

I hereby attest that I have been authorized by the above counsel to execute on their behalf this Second Stipulation and [Proposed] Order to Continue Deadline for Submission of Joint Letter Brief re Discovery Issues.

Executed on this 16th day of April, 2012, at San Francisco, California.

_____/s/_____
MICHAEL D. LISI

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 16, 2012        _____
THE HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Donna M. Ryu*

3

SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR
SUBMISSION OF JOINT LETTER BRIEF RE DISCOVERY ISSUES
Case No. CV 10-4250 JW