KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
GARTH A. ROSENGREN SBN 215732) grosengren@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiffs
SPECS SURFACE NANO ANALYSIS GmbH
and SPECS SURFACE NANO ANALYSIS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re SPECS | Case No. CV 10-4250 JW |
| | **SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR SUBMISSION OF JOINT LETTER BRIEF RE DISCOVERY ISSUES** |
| | Judge: Hon. Donna N. Ryu<br>Courtroom: 4, 3rd Floor (Oakland)<br>Complaint Filed: August 19, 2010 |

WHEREAS on April 2, 2012, SPECS Surface Nano Analysis GmbH ("SPECS GmbH") and SPECS Surface Nano Analysis, Inc. ("SPECS Nano") filed (1) a Motion for Protective Order and (2) a Motion to Compel Attendance of Defendants at Depositions, along with a Motion to Shorten Time, and noticed those motions for hearing before the Honorable James Ware;

WHEREAS on April 3, 2012, Judge Ware denied the motion to shorten time, and referred the discovery motions to this Court (Docket Nos. 56, 57);

WHEREAS that same day, this Court issued an order requiring that the parties comply

1

1 with the Court's standing order regarding the submission of a joint letter addressing discovery

2 disputes, and further ordered that any such letter relating to the previously filed motions should

3 be filed no later than Friday, April 13, 2012 (Docket No. 58);

4     WHEREAS, because of conflicts with other matters, including out-of-state travel and

5 pretrial filing deadlines in a matter before the Honorable Claudia Wilken, counsel for SPECS

6 GmbH and SPECS Nano met and conferred with counsel for Rickmer Kose and SPECS USA

7 Corp., and the parties agreed to extend the deadline for submission of the joint letter until

8 Wednesday, April 18, 2012, subject to approval of this Court;

9     WHEREAS, on April 10, 2012, the parties submitted a Stipulation and Proposed Order

10 seeking an extension of the deadline for the joint letter brief until April 18th (e-docket no. 60);

11     WHEREAS, on April 11, 2012, the Court granted that request and entered an order

12 setting the deadline for submission of the joint letter brief for April 18, 2012;

13     WHEREAS, the following day, on April 12, 2012, counsel for SPECS GMB and

14 SPECS Inc., Michael Lisi, learned that his father-in-law had passed away, and the services now

15 are scheduled such that Mr. Lisi will be out of town on April 17 and April 18;

16     WHEREAS, on April 13, 2012, upon learning of this issue, counsel for SPECS USA

17 and Kose graciously offered to extend the filing deadline to accommodate Mr. Lisi's family

18 issues; and

19     THEREFORE, the parties have now met and conferred and hereby stipulate, subject to

20 the approval of this Court, that the deadline for submission of the parties' joint letter brief shall

21 be continued to Friday, April 20, 2012; and that SPECS GmbH and SPECS Inc. will provide

22 their portions of the letter brief by the close of business on April 16, 2012, while SPECS USA

23 and Kose shall provide their portions of the letter brief by no later than 11 AM on Thursday,

24 April 19, 2012.

25 / / /

26 / / /

27 / / /

28

SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR
SUBMISSION OF JOINT LETTER BRIEF RE DISCOVERY ISSUES
Case No. CV 10-4250 JW

1    Dated:  April 16, 2012                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

2

3                                          By: ____/s/ Michael D. Lisi_____
                                               MICHAEL D. LISI
4                                              Attorneys for Plaintiffs and Counterdefendants
                                               SPECS SURFACE NANO ANALYSIS GMBH
5                                              AND SPECS SURFACE NANO ANALYSIS, INC

6

7    Dated:  April 16, 2012                NOSSAMAN LLP

8

9                                          By: ____/s/ Chi Soo Kim_____
                                               CHI SOO KIM
10                                             Attorneys for Defendants and Counter-claimaints
                                               SPECS USA CORP. AND RICKMER KOSE
11

12

13           I hereby attest that I have been authorized by the above counsel to execute on their

14   behalf this Second Stipulation and [Proposed] Order to Continue Deadline for Submission of

15   Joint Letter Brief re Discovery Issues.

16           Executed on this 16th day of April, 2012, at San Francisco, California.

17

18                                         _____/s/_____
                                                      MICHAEL D. LISI
19

20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

22

23   Dated: _April 16, 2012_____         _____

24                                          THE HON. DONNA M. RYU
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27
                                                 3
28
     _____
     SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR
     SUBMISSION OF JOINT LETTER BRIEF RE DISCOVERY ISSUES
     Case No. CV 10-4250 JW