**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
          UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA
10
11
               No. C 10-04250 JW  (DMR)
12
               **NOTICE AND ORDER SETTING**
   IN RE SPECS              **TELEPHONIC HEARING ON JOINT**
13
   _____/      **DISCOVERY LETTER**
14
15
TO ALL PARTIES AND COUNSEL OF RECORD:
16
      The court is in receipt of the parties' joint letter regarding their discovery dispute.  Doc. no.
17
64.  You are hereby notified that a telephonic hearing regarding the dispute is specially set for **11:00**
18
**a.m. on May 3, 2012** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For
19
dial-in instructions, please call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one
20
week prior to the scheduled hearing.
21
      IT IS SO ORDERED.
22
23
Dated:  April 23, 2012
24
                 _____
25
                 DONNA M. RYU
                 United States Magistrate Judge
26
27
28