UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C 10-04250 JW  (DMR)

IN RE SPECS

_____/

**NOTICE AND ORDER SETTING TELEPHONIC HEARING ON JOINT DISCOVERY LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute. Doc. no. 64. You are hereby notified that a telephonic hearing regarding the dispute is specially set for **11:00 a.m. on May 3, 2012** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For dial-in instructions, please call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: April 23, 2012

_____
DONNA M. RYU
United States Magistrate Judge