UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C 10-04250 JW (DMR)

IN RE SPECS

**ORDER RE: JOINT DISCOVERY LETTER** (Docket No. 64)

_____/

On May 3, 2012, the court held a telephonic hearing on the discovery disputes raised in the parties' joint discovery letter dated April 20, 2012 (doc. no. 64). Having reviewed the papers and relevant legal authority and having considered the argument of counsel, the court orders that the motion for protective order of Plaintiffs SPECS GmbH and SPECS Inc. ("Plaintiffs") is GRANTED IN PART AND DENIED IN PART for the reasons stated at the hearing. The court orders that the depositions of Messrs. Lembke and Thissen must be held in Boston, or alternatively may be held in New York if the parties agree that New York is more convenient. Each party shall bear its own travel and deposition costs. The court further orders that Plaintiffs serve a written statement verifying that Tobias Vancura is no longer affiliated with or employed by SPECS GmbH or SPECS Inc.

IT IS SO ORDERED.

Dated: May 3, 2012

_____
DONNA M. RYU
United States Magistrate Judge