United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SPECS

_____/

No. C 10-04250 JW  (DMR)

**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding Defendants' motion to compel Plaintiffs' document production and interrogatory responses. Doc. no. 75. You are hereby notified that a hearing regarding the dispute is set for **11:00 a.m. on June 14, 2012** at the U.S. District Court, Courtroom 4, 1301 Clay Street, Oakland, California 94612.  Counsel with full authority to reach agreements on discovery must attend the hearing, and shall be prepared to remain in the courthouse after the hearing for further meet and confer discussions.

IT IS SO ORDERED.

Dated: May 17, 2012

DONNA M. RYU
United States Magistrate Judge