IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re SPECS                              NO. C 10-04250 JW

**ORDER MODIFYING SCHEDULING ORDER; VACATING PRETRIAL CONFERENCE**

/

      This case is scheduled for a Preliminary Pretrial Conference on June 25, 2012. Pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules, the parties filed a Joint Preliminary Pretrial Conference Statement. (Docket Item No. 79.) In their Statement, the parties make three "stipulated requests" to modify the current schedule in the case. (See id. at 10-11.)

      Upon review, the Court finds good cause to grant two of those requests–namely, the parties' requests to extend: (1) the deadlines for all pending discovery and (2) the last day to hear dispositive motions. (See id.) However, the Court does not find good cause to grant the parties' request to postpone the Settlement Conference that is currently set for September 26, 2012 before Magistrate Judge Spero. (Id.) Insofar as the parties wish to continue the September 26 Settlement Conference to a later date, they must make the appropriate motion before Judge Spero.

      Accordingly, the Court ORDERS as follows:

(1)     The last date for all pending discovery in this case is **September 14, 2012**.

(2)     The last date for hearing dispositive motions shall be **November 12, 2012**.

In light of this Order, the Court finds that a Pretrial Conference would be premature at this time. Accordingly, the Court VACATES the June 25 Pretrial Conference. Further, in light of the Court's pending retirement,[1] the Court finds that setting any further dates–e.g., trial dates–would also be premature at this time. Upon the Court's retirement, this case will be reassigned in due course, and further dates shall be set by the Judge to whom the case is assigned.

Dated: June 20, 2012

JAMES WARE
United States District Chief Judge

---

[1] On April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as the terms of his current law clerks come to an end." See Chief Judge Ware Announces Transition, *available at* http://www.cand.uscourts.gov/news/82.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brendan F. Macaulay bmacaulay@nossaman.com
Garth Aaron Rosengren grosengren@kksrr.com
James Harold Vorhis jvorhis@nossaman.com
Kenneth E. Keller kkeller@kksrr.com
Michael David Lisi mlisi@kksrr.com

**Dated: June 20, 2012**                           **Richard W. Wieking, Clerk**

                                        **By:    /s/ JW Chambers**
                                               **William Noble**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California