1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10   In re SPECS                              NO. C 10-04250 JW

11                                            **ORDER MODIFYING SCHEDULING
                                              ORDER; VACATING PRETRIAL**
12                                            **CONFERENCE**
                                         /
13
            This case is scheduled for a Preliminary Pretrial Conference on June 25, 2012.  Pursuant to
14
     the Federal Rules of Civil Procedure and the Civil Local Rules, the parties filed a Joint Preliminary
15
     Pretrial Conference Statement.  (Docket Item No. 79.)  In their Statement, the parties make three
16
     "stipulated requests" to modify the current schedule in the case.  (See id. at 10-11.)
17
            Upon review, the Court finds good cause to grant two of those requests–namely, the parties'
18
     requests to extend: (1) the deadlines for all pending discovery and (2) the last day to hear dispositive
19
     motions.  (See id.)  However, the Court does not find good cause to grant the parties' request to
20
     postpone the Settlement Conference that is currently set for September 26, 2012 before Magistrate
21
     Judge Spero.  (Id.)  Insofar as the parties wish to continue the September 26 Settlement Conference
22
     to a later date, they must make the appropriate motion before Judge Spero.
23
            Accordingly, the Court ORDERS as follows:
24
     (1)     The last date for all pending discovery in this case is **September 14, 2012**.
25
     (2)     The last date for hearing dispositive motions shall be **November 12, 2012**.
26
27
28

**United States District Court**
For the Northern District of California

  
**United States District Court**
For the Northern District of California

1        In light of this Order, the Court finds that a Pretrial Conference would be premature at this

2   time.  Accordingly, the Court VACATES the June 25 Pretrial Conference.  Further, in light of the

3   Court's pending retirement,[1] the Court finds that setting any further dates–e.g., trial dates–would

4   also be premature at this time.  Upon the Court's retirement, this case will be reassigned in due

5   course, and further dates shall be set by the Judge to whom the case is assigned.

6

7   Dated:  June 20, 2012                                     _____

8                                                              JAMES WARE
                                                               United States District Chief Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26        [1] On April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as
    the terms of his current law clerks come to an end."  See Chief Judge Ware Announces Transition,
27  *available at* http://www.cand.uscourts.gov/news/82.

28                                                      2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Brendan F. Macaulay bmacaulay@nossaman.com
Garth Aaron Rosengren grosengren@kksrr.com
3  James Harold Vorhis jvorhis@nossaman.com
Kenneth E. Keller kkeller@kksrr.com
4  Michael David Lisi mlisi@kksrr.com

5

6  **Dated:  June 20, 2012**                            **Richard W. Wieking, Clerk**

7                                                        **By:___/s/ JW Chambers_____**
                                                         **William Noble**
8                                                        **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28