**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE SPECS** | Case No.: 10-CV-4250 YGR<br>Consolidated with 11-CV-393 YGR<br><br>**ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE** |

Based upon the parties' Joint Stipulation to Withdraw Claims (Dkt. No. 108), the following claims of Plaintiff SPECS Inc. and Plaintiff SPECS GmbH in their Amended Consolidated Complaint (Dkt No. 37) are **DISMISSED WITH PREJUDICE**:

(1) Claims 1-5 and 11 as to Plaintiff SPECS Inc. only;

(2) Claims 5 and 11 as to Plaintiff SPECS GmbH only;

**IT IS SO ORDERED.**

Dated: 10/17/12

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**