United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE SPECS

**Case No.: 10-CV-4250 YGR**
**Consolidated with 11-CV-393 YGR**

**ORDER GRANTING DISMISSAL PURSUANT TO STIPULATION**

Based upon the stipulation of the parties submitted February 26, 2013 (Dkt No. 157), this Action, including all claims and counterclaims asserted therein, is hereby **DISMISSED** with respect to all parties, with prejudice, with each party to bear its own costs and attorneys' fees.  Pursuant to the parties' request, the Court will retain jurisdiction over this matter for ninety (90) days to enforce the terms of the parties' settlement agreement, which was placed on the record before Magistrate Judge Spero.

**IT IS SO ORDERED.**

Dated: March 1, 2013

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**